

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ALVIN HARPER                                :
6453 Hil Mar Dr #102
District Heights, Maryland 20747


     Plaintiff,


     v.                                :                    Civil Action No:   24 CV 0240


LVNV FUNDING LLC
55 Beattie Place
Greenville, South Carolina 29601


     Defendant,                       :


LVNV FUNDING LLC has committed numerous violations against the policies and codes that govern the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. The following codes are the violations committed against my Transunion Credit File: 15 USC 1681 Section 602, 15 USC 6801, 15 USC 1681 Section 604 (A) Section 2, 15 USC 6802 (B)(C), 15 USC 1681C (A)(5), 15 USC 1681S-2(A)(1), 15 USC 1681E, 12 CFR 1016.7, and UCC 3-203.

I am filing this case in The United States District Court of Maryland because this is the proper venue to handle this matter concerning the compensatory and punitive damages due to the Plaintiff caused by the Defendants knowingly and willful noncompliance of the laws in place to regulate these violations.

Due to the nature of the violations committed against The Plaintiff by LVNV FUNDING LLC, I would like to be compensated for these egregious violations that were committed knowingly and in willful noncompliance of the laws in place that regulate such violations.

I am seeking $25,000.00 in compensatory and punitive damages from the defendant. Also, I would like for LVNV FUNDING LLC to remove this fraudulent account on my Experian and Equifax Credit File. My Proof of Claim is the removal of said account from my Transunion Credit File on 12/23/2023.

ALVIN HARPER 01/24/2024